IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:     **09-cv-01282-JLK**

**MATTHEW MESTAS,**

                Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq. | DAVID M. GAOUETTE |
| 730 N. Weber, #101 | United States Attorney |
| Colorado Springs, CO 80903 | |
| Telephone (719) 633-5211 | KEVIN TRASKOS |
| Facsimile: (719) 635-6503 | Assistant U.S. Attorney |
| newallfrederick@qwestoffice.net | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | kevin.traskos@usdoj.gov |
| | |
| | ANTHONY J. NAVARRO, #31274 |
| | Special Assistant U.S. Attorney |
| | Office of General Counsel |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone:  (303) 844-7278 |
| | Facsimile:  (303) 844-0770 |
| | anthony.navarro@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.   **Date Complaint Was Filed:**   June 2, 2009.
    B.   **Date Complaint Was Served on U.S. Attorney's Office:**   June 15, 2009.
    C.   **Date Answer and Administrative Record Were Filed:**   August 14 & 18, 2009.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**  Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after the Plaintiff's Opening brief is filed.

**Defendant states:**  There are no issues with the accuracy or completeness of the Administrative Record.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**  See Plaintiff's statement in paragraph 4, above.

**Defendant states:**  None anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states**:  This case involves no unusual claims.

**Defendant states:**  This case involves no unusual claims.

**7.     OTHER MATTERS**

**Plaintiff states**: None.
**Defendant states:**  None.

**8.    BRIEFING SCHEDULE**

      A.    **Plaintiffs Opening Brief Due:**   October 13, 2009**.**
      B.    **Defendant's Response Brief Due:**   November 12, 2009.
      C.    **Plaintiffs Reply Brief (If Any) Due:**   November 27, 2009.

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiffs Statement:**  Plaintiff does not request oral argument.

      B.    **Defendant's Statement:**   Defendant does not request oral argument

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 3rd day of September, 2009.

                          BY THE COURT:

                          *s/John L. Kane*_____
                          U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>FREDERICK W. NEWALL<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>newallfrederick@qwestoffice.net<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br><br>By: s/ Anthony J. Navarro<br>ANTHONY J. NAVARRO<br>Special Assistant U.S. Attorney<br>Office of General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone:   (303) 844-7278<br>anthony.navarro@ssa.gov<br><br>Attorneys for Defendant |